**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6136**

JAVAN FREDRICK MAYS, a/k/a Von Frederick Mayes, a/k/a Von Mays,

Plaintiff - Appellant,

v.

BRENDA SHEALY,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Joseph F. Anderson, Jr., Senior District Judge. (3:20-cv-02589-JFA)

Submitted: July 20, 2021                                        Decided: July 23, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Javan Fredrick Mays, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Javan Frederick Mays appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Mays' 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). Limiting our review to the issues raised in the informal brief, we affirm the district court's order. *See* 4th Cir. R. 34(B); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*